**98–2527.   Brown v. Guarantee Title & Trust/ARTA.**

Fairfield App. No. 98CA10. This cause is pending before the court as an appeal from the Court of Appeals for Fairfield County. It appears from the records of this court that appellant has not filed a merit brief, due May 24, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**99–682.   State ex rel. Hall v. Indus. Comm.**

Franklin App. No. 98AP–130. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, June 2, 1999*

# MERIT DOCKET

**97–461.   State ex rel. LTV Steel Co. v. Indus. Comm.**

Franklin App. No. 95APD12–1622. *Sua sponte*, cause dismissed as moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–723.   State ex rel. Reynolds v. Spon.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–866.   State ex rel. Jones v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Elijah Jones. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–880.   Davis v. Moore.**

In Habeas Corpus. On petition for writ of habeas corpus by Marcus Davis. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.